IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CARALINDA ROULLIER, | CV–19–66–M–DLC–KLD |
| Plaintiff, | |
| v. | ORDER |
| CMFG LIFE INSURANCE COMPANY d/b/a CUNA MUTUAL GROUP, and JOHN DOES 1–5, | |
| Defendants. | |

Before the Court is the parties' Joint Stipulation for Dismissal with Prejudice. (Doc. 34.)

IT IS ORDERED that this matter is DISMISSED with prejudice, each party to bear its own fees and costs.

Dated this 30th day of March, 2020.

_____
Dana L. Christensen, District Judge
United States District Court